Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−10373−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cory Sandusky
20 Haverford Court, Unit 1
Freehold, NJ 07728

Corinne Sandusky
20 Haverford Court, Unit 1
Freehold, NJ 07728

Social Security No.:
  xxx−xx−4089

  xxx−xx−9233

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 8, 2024.

Dated: April 8, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-10373-CMG

Cory Sandusky                                                                    Chapter 13

Corinne Sandusky

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Sandusky, Corinne Sandusky, 20 Haverford Court, Unit 1, Freehold, NJ 07728-4911 |
| 520135932 | + | Nissan Motor Acceptance Company, PO Box 740849, Cincinnati, OH 45274-0849 |
| 520135935 | + | TD Bank, 222 N Lasalle Suite 1700, Chicago, IL 60601-1101 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520135923 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 08 2024 20:49:00 | American Honda Finance, PO Box 1027, Alpharetta, GA 30009-1027 |
| 520137212 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 08 2024 20:49:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520135921 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 08 2024 21:00:30 | Affirm Inc., 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 520167848 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2024 21:11:25 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135922 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2024 21:00:48 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520182340 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2024 21:11:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520141150 | + | Email/Text: bkfilings@zwickerpc.com | Apr 08 2024 20:49:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520135924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2024 21:00:33 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520140208 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2024 21:00:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520135925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2024 21:11:27 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520200154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2024 21:00:17 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520135926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2024 20:49:00 | Comenity Bank/ATYLRLMC, PO Box 182789, |

District/off: 0312-3                                 User: admin                                      Page 2 of 3

Date Rcvd: Apr 08, 2024                          Form ID: plncf13                          Total Noticed: 29

| | | | | Columbus, OH 43218-2789 |
|---|---|---|---|---|
| 520135927 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Apr 08 2024 20:49:00 | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 520135928 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Apr 08 2024 20:49:00 | Comenity/Petland, PO Box 182120, Columbus, OH 43218-2120 |
| 520203621 | + Email/Text: nsm_bk_notices@mrcooper.com | | Apr 08 2024 20:48:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520135929 | Email/Text: BKCourtNotices@yourmortgageonline.com | | Apr 08 2024 20:48:00 | Crosscountry Mortgage, Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520135930 | Email/PDF: ais.chase.ebn@aisinfo.com | | Apr 08 2024 21:00:36 | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850 |
| 520173552 | Email/PDF: resurgentbknotifications@resurgent.com | | Apr 08 2024 21:00:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135931 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Apr 08 2024 21:00:18 | Macy's, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520186471 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | Apr 08 2024 20:48:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520195905 | Email/Text: bnc-quantum@quantum3group.com | | Apr 08 2024 20:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520135933 | + Email/Text: ngisupport@radiusgs.com | | Apr 08 2024 20:48:00 | Radius Global, 500 Franklin Turnpike Suite 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 520135934 | + Email/Text: ngisupport@radiusgs.com | | Apr 08 2024 20:48:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250, Minneapolis, MN 55439-3117 |
| 520135936 | Email/Text: bkfilings@zwickerpc.com | | Apr 08 2024 20:49:00 | Zwicker & Associates, 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024                          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: plncf13 | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jaclynn McDonnell | on behalf of Joint Debtor Corinne Sandusky jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| Jaclynn McDonnell | on behalf of Debtor Cory Sandusky jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5