Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−10373−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cory Sandusky
20 Haverford Court, Unit 1
Freehold, NJ 07728

Corinne Sandusky
20 Haverford Court, Unit 1
Freehold, NJ 07728

Social Security No.:
xxx−xx−4089

xxx−xx−9233

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     6/5/24
Time:     12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
fee: $2539.25

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 22, 2024
JAN:

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 24-10373-CMG
Cory Sandusky                                                                                  Chapter 13
Corinne Sandusky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                            Page 1 of 3
Date Rcvd: Apr 22, 2024            Form ID: 137                       Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Sandusky, Corinne Sandusky, 20 Haverford Court, Unit 1, Freehold, NJ 07728-4911 |
| 520135932 | + | Nissan Motor Acceptance Company, PO Box 740849, Cincinnati, OH 45274-0849 |
| 520135935 | + | TD Bank, 222 N Lasalle Suite 1700, Chicago, IL 60601-1101 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520135923 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2024 20:42:00 | American Honda Finance, PO Box 1027, Alpharetta, GA 30009-1027 |
| 520137212 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2024 20:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520135921 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 22 2024 21:00:20 | Affirm Inc., 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 520167848 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2024 20:47:30 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135922 | + | Email/PDF: bncnotices@becket-lee.com | Apr 22 2024 20:48:25 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520182340 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2024 20:48:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520141150 | + | Email/Text: bkfilings@zwickerpc.com | Apr 22 2024 20:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520135924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2024 20:48:18 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520140208 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2024 20:47:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520135925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 20:48:20 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520200154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 20:48:53 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520135926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2024 20:42:00 | Comenity Bank/ATYLRLMC, PO Box 182789, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 520135927 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 22 2024 20:42:00 | | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 520135928 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 22 2024 20:42:00 | | Comenity/Petland, PO Box 182120, Columbus, OH 43218-2120 |
| 520203621 | + | Email/Text: nsm_bk_notices@mrcooper.com Apr 22 2024 20:41:00 | | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520135929 | | Email/Text: BKCourtNotices@yourmortgageonline.com Apr 22 2024 20:41:00 | | Crosscountry Mortgage, Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520135930 | | Email/PDF: ais.chase.ebn@aisinfo.com Apr 22 2024 20:48:53 | | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850 |
| 520173552 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 22 2024 20:48:10 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135931 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 22 2024 20:48:14 | | Macy's, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520186471 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Apr 22 2024 20:41:00 | | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520195905 | | Email/Text: bnc-quantum@quantum3group.com Apr 22 2024 20:42:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520135933 | + | Email/Text: ngisupport@radiusgs.com Apr 22 2024 20:41:00 | | Radius Global, 500 Franklin Turnpike Suite 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 520135934 | + | Email/Text: ngisupport@radiusgs.com Apr 22 2024 20:41:00 | | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250, Minneapolis, MN 55439-3117 |
| 520135936 | | Email/Text: bkfilings@zwickerpc.com Apr 22 2024 20:42:00 | | Zwicker & Associates, 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:**

Case 24-10373-CMG    Doc 26    Filed 04/24/24    Entered 04/25/24 00:14:47    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2024 | Form ID: 137 | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jaclynn McDonnell | on behalf of Joint Debtor Corinne Sandusky jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| Jaclynn McDonnell | on behalf of Attorney Norgaard O'Boyle & Hannon jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| Jaclynn McDonnell | on behalf of Debtor Cory Sandusky jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7