Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−10373−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Cory Sandusky                                    Corinne Sandusky
  20 Haverford Court, Unit 1                       20 Haverford Court, Unit 1
  Freehold, NJ 07728                               Freehold, NJ 07728

Social Security No.:
  xxx−xx−4089                                      xxx−xx−9233

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 8, 2024.

On 4/19/2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         June 5, 2024
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 22, 2024
JAN: gan

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-10373-CMG
Cory Sandusky  Chapter 13
Corinne Sandusky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Apr 22, 2024      Form ID: 185      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Sandusky, Corinne Sandusky, 20 Haverford Court, Unit 1, Freehold, NJ 07728-4911 |
| 520135932 | + | Nissan Motor Acceptance Company, PO Box 740849, Cincinnati, OH 45274-0849 |
| 520135935 | + | TD Bank, 222 N Lasalle Suite 1700, Chicago, IL 60601-1101 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520135923 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2024 20:42:00 | American Honda Finance, PO Box 1027, Alpharetta, GA 30009-1027 |
| 520137212 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2024 20:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520135921 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 22 2024 20:59:37 | Affirm Inc., 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 520167848 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2024 20:48:50 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135922 | + | Email/PDF: bncnotices@becket-lee.com | Apr 22 2024 20:48:58 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520182340 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2024 20:48:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520141150 | + | Email/Text: bkfilings@zwickerpc.com | Apr 22 2024 20:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520135924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2024 20:47:42 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520140208 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2024 20:47:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520135925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 20:48:05 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520200154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 20:47:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520135926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2024 20:42:00 | Comenity Bank/ATYLRLMC, PO Box 182789, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Columbus, OH 43218-2789 |
| 520135927 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2024 20:42:00 | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 520135928 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2024 20:42:00 | Comenity/Petland, PO Box 182120, Columbus, OH 43218-2120 |
| 520203621 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 22 2024 20:41:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520135929 | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 22 2024 20:41:00 | Crosscountry Mortgage, Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520135930 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2024 20:48:37 | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850 |
| 520173552 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2024 20:47:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135931 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 20:48:03 | Macy's, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520186471 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 22 2024 20:41:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520195905 | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2024 20:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520135933 | + Email/Text: ngisupport@radiusgs.com | Apr 22 2024 20:41:00 | Radius Global, 500 Franklin Turnpike Suite 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 520135934 | + Email/Text: ngisupport@radiusgs.com | Apr 22 2024 20:41:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250, Minneapolis, MN 55439-3117 |
| 520135936 | Email/Text: bkfilings@zwickerpc.com | Apr 22 2024 20:42:00 | Zwicker & Associates, 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:**

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Apr 22, 2024     Form ID: 185     Total Noticed: 29

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jaclynn McDonnell | on behalf of Joint Debtor Corinne Sandusky jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| Jaclynn McDonnell | on behalf of Attorney Norgaard O'Boyle & Hannon jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| Jaclynn McDonnell | on behalf of Debtor Cory Sandusky jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;mcdonnell.jaclynnn.b124931@notify.bestcase.com |
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7