UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

SERVICE LIST

Affirm Inc.
650 California Street Fl 12
 San Francisco, CA 94108

American Express
PO Box 981537
 El Paso, TX 79998

American Honda Finance
PO Box 1027
Alpharetta, GA 30009-1027

Capital One
PO Box 31293
 Salt Lake City, UT 84131

Citi Cards/Citibank
PO Box 6241
Sioux Falls, SD 57117

Comenity Bank/ATYLRLMC
PO Box 182789
Columbus, OH 43218

Comenity Capital Bank/The William
PO Box 182120
Columbus, OH 43218

Comenity/Petland
PO Box 182120
Columbus, OH 43218

Crosscountry Mortgage
Mail Stop 1290 1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

JP Morgan Chase
PO Box 15369
Wilmington, DE 19850

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Macy's
PO Box 6789
Sioux Falls, SD 57117

Nissan Motor Acceptance Company
 PO Box 740849
Cincinnati, OH 45274

Radius Global
500 Franklin Turnpike Suite 315
Mail Code 747
Ramsey, NJ 07446

Radius Global Solutions LLC
7831 Glenroy Road, Suite 250
Minneapolis, MN 55439

TD Bank
222 N Lasalle Suite 1700
Chicago, IL 60601

Zwicker & Associates
80 Minuteman Rd
Andover, MA 01810-1008