Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−10373−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cory Sandusky | Corinne Sandusky |
| 20 Haverford Court, Unit 1 | 20 Haverford Court, Unit 1 |
| Freehold, NJ 07728 | Freehold, NJ 07728 |

Social Security No.:
xxx−xx−4089                                              xxx−xx−9233

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 10, 2024.

Dated: June 10, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10373-CMG |
| Cory Sandusky | Chapter 13 |
| Corinne Sandusky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 10, 2024 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Sandusky, Corinne Sandusky, 20 Haverford Court, Unit 1, Freehold, NJ 07728-4911 |
| 520135935 | + | TD Bank, 222 N Lasalle Suite 1700, Chicago, IL 60601-1101 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2024 02:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2024 02:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520135923 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 11 2024 02:18:00 | American Honda Finance, PO Box 1027, Alpharetta, GA 30009-1027 |
| 520137212 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 11 2024 02:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520135921 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 11 2024 02:35:49 | Affirm Inc., 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 520167848 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 02:25:23 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135922 | + | Email/PDF: bncnotices@becket-lee.com | Jun 11 2024 02:25:08 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520182340 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2024 02:25:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520141150 | + | Email/Text: bkfilings@zwickerpc.com | Jun 11 2024 02:19:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520135924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 02:14:02 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520140208 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 11 2024 02:25:24 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520135925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:25:05 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520200154 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:25:29 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520135926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 02:18:00 | Comenity Bank/ATYLRLMC, PO Box 182789, Columbus, OH 43218-2789 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520135927 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 02:18:00 | Comenity Capital Bank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 520135928 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 02:18:00 | Comenity/Petland, PO Box 182120, Columbus, OH 43218-2120 |
| 520203621 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 02:16:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520135929 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 11 2024 02:16:00 | Crosscountry Mortgage, Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520135930 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2024 02:35:57 | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850 |
| 520173552 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 02:25:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520135931 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:25:07 | Macy's, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520135932 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2024 02:16:00 | Nissan Motor Acceptance Company, PO Box 740849, Cincinnati, OH 45274-0849 |
| 520186471 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2024 02:16:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520195905 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2024 02:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520135933 | + | Email/Text: ngisupport@radiusgs.com | Jun 11 2024 02:16:00 | Radius Global, 500 Franklin Turnpike Suite 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 520135934 | + | Email/Text: ngisupport@radiusgs.com | Jun 11 2024 02:16:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250, Minneapolis, MN 55439-3117 |
| 520135936 | | Email/Text: bkfilings@zwickerpc.com | Jun 11 2024 02:19:00 | Zwicker & Associates, 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 10, 2024 | Form ID: plncf13 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cassandra C. Norgaard | on behalf of Debtor Cory Sandusky cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Joint Debtor Corinne Sandusky cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jaclynn McDonnell | on behalf of Attorney Norgaard O'Boyle & Hannon jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7