Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 24-10373 / CMG**

Cory Sandusky
Corinne Sandusky

Petition Filed Date: 01/15/2024
341 Hearing Date: 02/15/2024
Confirmation Date: 04/03/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/2024 | $1,000.00 | | 02/26/2024 | $1,052.00 | | 04/03/2024 | $2,052.00 | |
| 04/23/2024 | $2,052.00 | | 06/03/2024 | $2,052.00 | | 06/25/2024 | $1,300.00 | |
| 07/18/2024 | $1,300.00 | | 08/30/2024 | $1,300.00 | | 09/27/2024 | $1,300.00 | |
| 10/25/2024 | $1,300.00 | | 11/22/2024 | $1,300.00 | | 12/23/2024 | $1,300.00 | |

**Total Receipts for the Period: $17,308.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $17,308.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Cory Sandusky | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jacklynn McDonnell, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2020 HONDA CRV | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $15,056.66 | $3,531.93 | $11,524.73 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $17,503.74 | $4,105.95 | $13,397.79 |
| 4 | AFFIRM<br>»» CROSS RIVER BANK | Unsecured Creditors | $1,939.91 | $455.05 | $1,484.86 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $12,819.54 | $3,007.14 | $9,812.40 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $9,201.81 | $2,158.51 | $7,043.30 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $3,999.30 | $938.14 | $3,061.16 |
| 8 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2019 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PETLAND | Unsecured Creditors | $3,437.29 | $806.30 | $2,630.99 |
| 10 | CITIBANK, N.A.<br>»» MACY'S CC | Unsecured Creditors | $437.59 | $94.56 | $343.03 |
| 11 | CROSSCOUNTRY MTG, LLC<br>»» P/20 HAVEFORD COURT UNIT 1/1ST MTG/ORDER 2/29/24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Cassandra C. Norgaard, Esq.<br>»» SUB OF ATTY 5/13/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10373 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,308.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $15,097.58 | Current Monthly Payment: | $1,300.00 |
| Paid to Trustee: | $1,012.84 | Arrearages: | ($752.00) |
| Funds on Hand: | $1,197.58 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**