Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-10373 / CMG**

Cory Sandusky
Corinne Sandusky

Petition Filed Date: 01/15/2024
341 Hearing Date: 02/15/2024
Confirmation Date: 04/03/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | $1,300.00 | | 02/28/2025 | $1,300.00 | | 03/28/2025 | $1,300.00 | |
| 04/25/2025 | $1,300.00 | | 05/27/2025 | $1,300.00 | | 06/24/2025 | $650.00 | |
| 07/07/2025 | $650.00 | | 08/01/2025 | $1,300.00 | | 08/29/2025 | $1,300.00 | |
| 09/26/2025 | $1,300.00 | | 10/23/2025 | $1,300.00 | | 11/24/2025 | $1,300.00 | |
| 12/23/2025 | $1,300.00 | | 01/26/2026 | $1,300.00 | | | | |

**Total Receipts for the Period: $16,900.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $34,208.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Cory Sandusky | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jacklynn McDonnell, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2020 HONDA CRV | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $15,056.66 | $7,157.54 | $7,899.12 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $17,503.74 | $8,320.81 | $9,182.93 |
| 4 | AFFIRM<br>»» CROSS RIVER BANK | Unsecured Creditors | $1,939.91 | $922.18 | $1,017.73 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $12,819.54 | $6,094.07 | $6,725.47 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $9,201.81 | $4,374.30 | $4,827.51 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $3,999.30 | $1,901.16 | $2,098.14 |
| 8 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2019 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PETLAND | Unsecured Creditors | $3,437.29 | $1,633.99 | $1,803.30 |
| 10 | CITIBANK, N.A.<br>»» MACY'S CC | Unsecured Creditors | $437.59 | $199.84 | $237.75 |
| 11 | CROSSCOUNTRY MTG, LLC<br>»» P/20 HAVEFORD COURT UNIT 1/1ST MTG/ORDER 2/29/24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10373 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Cassandra C. Norgaard, Esq.<br>»» SUB OF ATTY 5/13/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,208.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $30,603.89 | Current Monthly Payment: | $1,300.00 |
| Paid to Trustee: | $2,392.13 | Arrearages: | ($752.00) |
| Funds on Hand: | $1,211.98 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**