UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
Cassandra Norgaard Esq.
cnorgaard@norgaardfirm.com
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
Attorneys for Debtors

**Order Filed on August 25, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Corinne & Cory Sandusky,

Debtors.

Case No.: 24-10373

Chapter: 13

Judge: CMG

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 25, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Norgaard, O'Boyle & Hannon___, the applicant, is allowed a fee of $ ___6,539.25*___ for services rendered and expenses in the amount of $___0.00___ for a total of $___6,539.25___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☒ outside the plan*.

The debtor's monthly plan is modified to require a payment of $___n/a___ per month for ___n/a___ months to allow for payment of the above fee.

*$4,000.00 has been received by Applicant prior to filing per the Retainer attached as Exhibit B to the Application. This Order provides that the previous $4,000.00 payment outside the plan is approved, along with the remaining $2,539.25. The $2,539.25 remaining fee shall be paid through the Chapter 13 plan as an administrative priority.

*rev.8/1/15*