| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD O'BOYLE & HANNON<br>Cassandra Norgaard Esq.<br>cnorgaard@norgaardfirm.com<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>(201) 871-1333<br>Attorneys for Debtors | **Order Filed on August 25, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Corinne & Cory Sandusky,<br><br>Debtors. | Case No.: 24-10373<br><br>Chapter: 13<br><br>Judge: CMG |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 25, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Norgaard, O'Boyle & Hannon, the applicant, is allowed a fee of $ 6,539.25* for services rendered and expenses in the amount of $ 0.00 for a total of $ 6,539.25 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☒ outside the plan*.

The debtor's monthly plan is modified to require a payment of $ n/a per month for n/a months to allow for payment of the above fee.

*$4,000.00 has been received by Applicant prior to filing per the Retainer attached as Exhibit B to the Application. This Order provides that the previous $4,000.00 payment outside the plan is approved, along with the remaining $2,539.25. The $2,539.25 remaining fee shall be paid through the Chapter 13 plan as an administrative priority.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:
Cory Sandusky
Corinne Sandusky
Debtors

Case No. 24-10373-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Aug 25, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory Sandusky, Corinne Sandusky, 20 Haverford Court, Unit 1, Freehold, NJ 07728-4911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cassandra C. Norgaard | on behalf of Debtor Cory Sandusky cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Joint Debtor Corinne Sandusky cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Jaclynn McDonnell | on behalf of Attorney Norgaard O'Boyle & Hannon Jaclynn.mcdonnell@stevenslee.com denise.mendez@stevenslee.com;jaclynn.mcdonnell@ecf.courtdrive.com |

| | |
|---|---|
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7